**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CHRISTINA ABREU

        Plaintiff                    CIVIL ACTION NO.

v.

ZYNEX MEDICAL, INC.

                                November 14, 2023

        Defendant

## PETITION FOR REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

       Defendant Zynex Medical, Inc. by its undersigned counsel, pursuant to 28 U.S.C. Sections 1332 and 1441, hereby removes this action from the Superior Court of the Judicial District of Hartford at Hartford in the State of Connecticut, where it is now pending, to the United States District Court of the District of Connecticut.  In support of its petition for removal, Defendant states as follows:

       1.      On or about October 16, 2023, an action was commenced against Defendant in the Superior Court of the Judicial District of Hartford, in the State of Connecticut, entitled "*Christina Abreu v. Zynex Medical, Inc.,* bearing Docket No. HHD-CV23-6175901-S, with the service of a Summons, Complaint and Statement of Amount in Demand on its Agent for Service. Copies of all process, pleadings and order served upon Defendant in said action are annexed hereto as **Exhibit A.**

       2.      The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

1

3.      28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4.      The Complaint alleges that Plaintiff is a resident of Connecticut.

5.      Defendant Zynex Medical, Inc. is a foreign company with a principal place of business located in Colorado.  There are no other defendants in this case.

6.      The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.      Defendant received the initial proceedings, setting forth the claim for relief upon which this action is based, from its Agent for Service on October 17, 2023, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

THE DEFENDANT
ZYNEX MEDICAL, INC.

BY _____
Jessica Z. Wragg (ct 28293)
MUSCO & IASSOGNA
555 Long Wharf Drive, 10th Floor
New Haven, Connecticut 06511
Tel:  (203) 782-4122
Fax:  (203) 782-4128
E-Mail: jessica.wragg@m-ilaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 14th day of November 2023.  Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.  In addition, we are sending copies of all removal related paperwork to Plaintiff's counsel by email at:

Attorney Matthew Paradisi

Cicchiello & Cicchiello

mparadisi@cicchielloesq.com

mcarrillo@cicchielloesq.com


_____

Jessica Z. Wragg