| | | |
|---|---|---|
| **SUMMONS - CIVIL**<br>JD-CV-1   Rev. 2-22<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | **STATE OF CONNECTICUT<br>SUPERIOR COURT**<br>*www.jud.ct.gov*  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☑ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>95 Washington Street, Hartford, CT 06106 | Telephone number of clerk<br>(860) 548-2700 | Return Date *(Must be a Tuesday)*<br>**November 14, 2023** |
|---|---|---|
| ☑ Judicial District        G.A.<br>☐ Housing Session    ☐ Number: | At *(City/Town)*<br>Hartford | Case type code *(See list on page 2)*<br>Major: **M**   Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | Juris number *(if attorney or law firm)*<br>419987 |
|---|---|
| Telephone number<br>(860) 296-3457 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☑ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>mparadisi@cicchielloesq.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: Christina Abreu<br>Address: c/o 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: Zynex Medical, Inc. - 9655 Maroon Circle, Eaglewood, CO 80112<br>Address: Agent Details - Corporation Service Company, Goodwin Square, 225 Asylum Street, 20th Floor, | D-01 |
| **Additional defendant** | Name: Hartford, CT 06103<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |
| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>10/11/2023 | Signed *(Sign and select proper box)* | ☑ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Matthew D. Paradisi, Esq. |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | |
|---|---|---|---|

For Court Use Only
File Date

TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL

Docket Number

# Exhibit A

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   Do <u>not</u> use this summons for the following actions:
   
   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other<br>*Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

**Exhibit A**

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 14, 2023 | : | SUPERIOR COURT |
| CHRISTINA ABREU | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| ZYNEX MEDICAL, INC. | : | OCTOBER 11, 2023 |

## COMPLAINT

1. Plaintiff, Christina Abreu ("Plaintiff"), was at all times set forth herein, and remains, a resident of the City of Hartford in the State of Connecticut.

2. The Defendant in this matter, Zynex Medical, Inc. ("Defendant"), is a foreign corporation licensed to transact business in the State of Connecticut, with a principal business address of 9655 Maroon Circle, Eaglewood, CO 80112.

3. Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as Exhibit A. This Action is brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

4. Defendant develops and sells advanced electrotherapy technologies aimed to alleviate chronic pain.

5. Plaintiff commenced her employment with Defendant on or about June 21, 2021, in the position of Territory Manager, and was responsible for, *inter alia*, selling medical devices marketed by Defendant.

6. Plaintiff performed her work for Defendant at or above satisfactory levels at all times relevant.

7. Throughout her tenure with Defendant, Plaintiff reported to Chris Walczak, Nick Johnson, and Mitch McDowell at various periods.

8. In or about April of 2022, Plaintiff learned that she was pregnant.

9. Plaintiff notified Defendant that she was pregnant in or about June of 2022 through Nick Johnson.

10. During her pregnancy, Plaintiff's medical providers instructed her to perform only light duty work and provided her with certain lifting restrictions. In turn, Complainant provided such restrictions to Defendant.

11. Plaintiff was required to miss work on occasion to attend periodic pregnancy-related appointments. On such occasions, Plaintiff would advise her supervisors of the need to do so.

12. Plaintiff informed Defendant of her intent to take pregnancy-related medical leave in connection with the anticipated birth of her child in October of 2022.

13. In or about June of 2022, Plaintiff was diagnosed with pneumonia, which was complicated by her pregnancy, and accordingly, Plaintiff's OB/GYN instructed her to remain on bed rest for a period of time that month, and Plaintiff was unable to perform her work on certain days on account of the same.

14. Plaintiff advised her supervisors that her OB/GYN had instructed her to remain on bedrest in relation to her pneumonia diagnosis and its potential to impact her pregnancy.

15. Despite Plaintiff informing Defendant that her OB/GYN had instructed her to remain on bed rest, Defendant requested that Plaintiff violate her pregnancy-related restrictions in order to complete work-related tasks.

16. In response to receiving from Plaintiff her OB/GYN's pregnancy-related restrictions and instructions to remain on bed rest, Defendant placed Plaintiff on a Performance Improvement Plan on or about July 11, 2022.

17.  Eighteen days later, and on or about July 29, 2022, Defendant terminated Plaintiff's employment.

18.  In connection with terminating Plaintiff's employment, Defendant requested that she execute and "Agreement and General Release," which provided no monetary consideration for Plaintiff, but which, if signed by Plaintiff, would waive her rights to assert, *inter alia*, any claim of discrimination against Defendant. Plaintiff refused to sign the foregoing agreement.

19.  Plaintiff gave birth on October 26, 2022.

20.  Any and all reasons Defendant has proffered for its adverse employment action against Plaintiff are false and/or pretext to mask its unlawful discriminatory intent.

**COUNT ONE:    PREGNANCY DISCRIMINATION – C.G.S. §46a-60(b)(7)**

21.  All preceding allegations are hereby repeated and realleged in this Count as if fully set forth herein.

22.  Defendant's termination of Plaintiff's employment was motivated by Plaintiff's pregnancy.

23.  Defendant discriminated against Plaintiff on the basis of her pregnancy, ultimately culminating in the termination of her employment.

24.  Defendant failed to grant Plaintiff a reasonable accommodation for disability resulting from her pregnancy.

25.  Defendant retaliated against Plaintiff on account of her engaging in protected activity, namely, requesting accommodations and leave on account of her pregnancy and pregnancy-related medical condition(s).

26.  The foregoing conduct of the defendant constitutes a violation of Conn. Gen. Stat. § 46a-60(b)(7).

27. As a result of the defendant's violation of Conn. Gen. Stat. § 46a-60(b)(7), plaintiff has suffered a loss of income and other employment benefits.

28. As a further result of the defendant's violation of Conn. Gen. Stat. § 46a-60(a)(7), plaintiff has suffered severe emotional distress, including but not limited to, intimidation, embarrassment, stress, anxiety, frustration, and humiliation, which has limited her ability to enjoy life's pleasures.

29. As a further result of the aforementioned conduct of the defendant, the plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

30. As a further result of defendant's aforementioned conduct, the plaintiff has incurred attorney's fees and costs in order to receive the rights to which she is entitled.

**COUNT TWO:    SEX/GENDER DISCRIMINATION – C.G.S. §46a-60(b)(1)**

31. All preceding allegations are hereby repeated and realleged in this Count as if fully set forth herein.

32. The Defendant terminated the Plaintiff's employment and discriminated against the Plaintiff in the terms, conditions and/or privileges of her employment on the basis of her sex/gender.

33. The foregoing conduct of the Defendant constitutes unlawful discrimination and termination of employment in violation of the Connecticut Fair Employment Practices Act.

34. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will continue to suffer, lost wages and fringe benefits, as well as other consequential losses and damages.

35. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has expended attorney's fees and costs in order to secure the right to which she is entitled.

36. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

THE PLAINTIFF
CHRISTINA ABREU

By: /s/
Matthew D. Paradisi, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Firm Juris #: 419987
Tel: (860) 296-3457
Fax: (860) 296-0676
mparadisi@cicchielloesq.com

A TRUE COPY ATTEST
KEITH E. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | |
|---|---|
| RETURN DATE: NOVEMBER 14, 2023 : | SUPERIOR COURT |
| : | |
| CHRISTINA ABREU : | J.D. OF HARTFORD |
| : | |
| VS. : | AT HARTFORD |
| : | |
| ZYNEX MEDICAL, INC. : | OCTOBER 11, 2023 |

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff prays for the following relief:

1. Monetary damages;

2. Front pay or reinstatement;

3. Punitive damages;

4. Reasonable attorneys fee and costs; and

5. Such other relief as is allowable by law.

THE PLAINTIFF
CHRISTINA ABREU

By: _____
Matthew D. Paradisi, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Firm Juris #: 419987
Tel: (860) 296-3457
Fax: (860) 296-0676
mparadisi@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

**Exhibit A**

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 14, 2023 | : | SUPERIOR COURT |
| CHRISTINA ABREU | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| ZYNEX MEDICAL, INC. | : | OCTOBER 11, 2023 |

**STATEMENT OF AMOUNT IN DEMAND**

The Plaintiff claims the amount in demand in excess of $15,000.00 exclusive of interests and costs.

THE PLAINTIFF
CHRISTINA ABREU

By: _____
Matthew D. Paradisi, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Firm Juris #: 419987
Tel: (860) 296-3457
Fax: (860) 296-0676
mparadisi@cicchielloesq.com

A TRUE COPY ATTEST
_____
KEITH D. MIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

**Exhibit A**

# <u>EXHIBIT A</u>

**Exhibit A**

# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES



Christina Abreu
**COMPLAINANT**

CHRO No. 2310247
EEOC No. 16A-2023-00658

v.

Zynex, Inc.
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** September 25, 2023

*Tanya A. Hughes*
Tanya A. Hughes, Executive Director

cc: Matthew D. Paradisi, via email: mparadisi@cicchielloesq.com
Steve Benasso, via email: sbenasso@zynex.com

**Exhibit A**

STATE OF CONNECTICUT:
         : ss: HARTFORD   OCTOBER 16, 2023
COUNTY OF HARTFORD   :

  Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND AND EXHIBIT A RELEASE OF JURISDICTION, with and in the hands of SHELLEY KURPASKA, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **ZYNEX MEDICAL, INC.,** in the said town of HARTFORD, County of Hartford.

  And also, on the 16TH day of OCTOBER, 2023, I deposited in the Post Office at EAST HARTFORD, first class mail, a verified true and attested copy of original WRIT, SUMMONS, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND AND EXHIBIT A RELEASE OF JURISDICTION, on behalf of the within named defendant **ZYNEX MEDICAL, INC,** addressed to:

    COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
    450 COLUMBUS BLVD, SUITE 2
    HARTFORD, CT 06103

  The within is the original WRIT, SUMMONS, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND AND EXHIBIT A RELEASE OF JURISDICTION, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $ 22.00 |
| Endorsements | 4.50 |
| Service | 50.00 |
| Travel | 12.00 |
| Total | $88.50 |

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295